AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS



SUMMONS IN A CIVIL CASE

DAVIE C. PARK

V.

WELLS FARGO HOME MORTGAGE, INC.; EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANSUNION LLC

CASE NUMBER: 1:19-cv-02364

ASSIGNED JUDGE: Hon. Rebecca R. Pallmeyer

DESIGNATED MAGISTRATE JUDGE: Hon. Sheila M. Finnegan

TO: (Name and address of Defendant)

WELLS FARGO HOME MORTGAGE, INC.
C/O REGISTERED AGENT
ILLINOIS CORPORATION SERVICE C
801 ADLAI STEVENSON DRIVE
SPRINGFIELD, IL 62703

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joseph S. Davidson
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*Patrycja Janecek*

(By) DEPUTY CLERK



April 8, 2019

DATE

ClientCaseID: 56500   CaseReturnDate: 4/9/19

Affidavit of A PRIVATE INVESTIGATOR

## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

Case Number 19-CV-02364

I, JOHN J PENNELL

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED AGENT OF THE ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY ACT LICENSE NUMBER #117.001633

### CORPORATE SERVICE

THAT I SERVED THE WITHIN SUMMONS & COMPLAINT
ON THE WITHIN NAMED DEFENDANT WELLS FARGO HOME MORTGAGE, INC
PERSON SERVED LYLE NEEMAN, AUTHORIZED AGENT
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON 4/9/19

That the sex, race and approximate age of the whom I left the SUMMONS & COMPLAINT are as follow:

Sex MALE   Race WHITE   Age 68   Height 5'6'   Build MEDIUM   Hair GRY

LOCATION OF SERVICE   801 ADLAI STEVENSON DR. SPRINGFIELD, IL, 62703

Date Of Service 4/9/19   Time of Service 3:30 PM

JOHN J PENNELL   4/10/2019
A PRIVATE INVESTIGATOR
PRIVATE DETECTIVE # 115.002074

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.